judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Crouch, J., who dissents and votes for reversal upon the facts.

VICTORIA KRZYMINSKI, an Infant, by JOSEFA KRZYMINSKI, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal upon the facts.

DE GRASSE PAPER COMPANY, Respondent, v. NORTHERN NEW YORK COAL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN SCHEIB, Respondent, v. E. C. BROWN COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

FRANK J. FOOTE, Respondent, v. WILLIAM A. GREENFIELD, Appellant.— Judgment and order affirmed, with costs. All concur.

EDWARD K. FENNO, Plaintiff, v. HARVEY N. HENDERSON, as Receiver of SYRACUSE ALLOY STEEL CO., INC., Bankrupt, and Others, Impleaded with HURWITZ BROS. IRON & METAL CO., INC., Appellant, Respondent, Impleaded with CONDUIT-MILLER CO., INC., Respondent, Appellant, and Others.— Appeal of defendant Hurwitz Bros. Iron & Metal Co., Inc., dismissed, without costs, upon consent of attorneys for all parties, given in open court. The judgment so far as appealed from by the defendant Conduit-Miller Co., Inc., is affirmed, with costs. All concur.

TRANSPORTATION FINANCE COMPANY, INC., Appellant, v. THE WESTCOTT MOTOR CAR COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

IDA GARDNER, Respondent, v. JAY GARDNER, Appellant.— Judgment affirmed, with costs. All concur, except Clark and Sears, JJ., who dissent and vote for reversal on the facts.

LAZARUS KUPELIAN, Appellant, v. FREDERICK W. ANDREWS, Respondent.— Judgment and order reversed on the law and new trial granted, with costs to appellant to abide event, on the authority of *Hayden* v. *New York Railways Co.* (233 N. Y. 34). All concur.

KENNETH MARSHALL, by GEORGE C. MARSHALL, His Guardian ad Litem, Respondent, v. FRED I. DAILEY, Appellant.— Judgment affirmed, with costs. All concur.

CHARLOTTE E. MALONEY, Respondent, v. JACOB H. BROWN, Appellant.— Judgment and order affirmed, with costs. All concur.

RUSSELL C. MALONEY, Respondent, v. JACOB H. BROWN, Appellant.— Judgment and order affirmed, with costs. All concur.

HERMANN A. WENDE, Respondent, v. LEARMAN, WENDE & CHARNOCK, INC., Appellant.— Judgment and order denying motion for new trial upon the minutes affirmed, with costs. All concur.

HERMANN A. WENDE, Respondent, v. LEARMAN, WENDE & CHARNOCK, INC., Appellant.— Order denying motion for new trial on ground of newly-discovered evidence affirmed, with costs. All concur.

LOUIS SLOUGH, as Administrator, etc., of FRED SLOUGH, Deceased, Respondent, v. WARD BAKING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

HENRY C. FISHER, Respondent, v. WILLIAM P. FLANIGAN, Appellant.— Judgment and order affirmed, with costs. All concur.